

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00639-CV

Claudia Lynn **ALVAREZ**,
Appellant

v.

Juan Jose **ALVAREZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CI08882
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  January 29, 2014

DISMISSED AS MOOT

On January 13, 2014, appellant filed a response to our order regarding payment of the fee for the clerk's record. This response (1) establishes that appellant has paid the fee for the clerk's record, (2) states that the judgment appealed has been vacated, and (3) requests that this appeal be dismissed as moot. The response contains a certificate of service to appellee, who has not opposed the request for dismissal. On January 17, 2014, the clerk's record was filed. The clerk's record

shows that the judgment appealed has been vacated by the trial court. This appeal is therefore dismissed as moot.

PER CURIAM